UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA ORTEGA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 to 50, Inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-01089 BRO (ASx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed as to all parties, with prejudice, and in its entirety. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 29, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

LA #4813-0381-1397 v1

- 1 -